Fill in this information to identify the case:

United States Bankruptcy Court for the:
**Eastern District of North Carolina**

Case number (if known): _____    Chapter **11**

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy                                04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **Edge Promo Team, LLC** | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 4 6 – 5 6 8 6 1 2 7 | |
| **4. Debtor's address** | **Principal place of business**<br><br>2565 Us Hwy 70 East<br>Number        Street<br>Garner, NC 27529<br>City                  State    ZIP Code<br><br>Wake<br>County | **Mailing address, if different from principal place of business**<br><br>Number        Street<br>City                  State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number        Street<br>City                  State    ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page **1**

Debtor **Edge Promo Team, LLC**                                                                                              Case number *(if known)*
             Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check all that apply:*<br>  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).<br>  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>  ☐ A plan is being filed with this petition.<br>  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____ When _____ Case number _____<br>                                                          MM / DD / YYYY<br>         District _____ When _____ Case number _____<br>                                                          MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☐ No<br>☑ Yes.  Debtor **Santopietro Food Group LLC**    Relationship **Related Entity**<br>         District **Eastern District of North Carolina**    When **8/13/2025**<br>                                                                                          MM / DD / YYYY<br>         Case number, if known _____ |

Debtor  **Edge Promo Team, LLC**_____  Case number *(if known)*_____
       Name

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No <br> ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br> **Why does the property need immediate attention?** *(Check all that apply.)* <br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br>    What is the hazard? _____ <br> ☐ It needs to be physically secured or protected from the weather. <br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ☐ Other _____ <br> **Where is the property?** _____ <br>    Number    Street <br> _____ <br>    City    State    ZIP Code <br> **Is the property insured?** <br> ☐ No <br> ☐ Yes.  Insurance agency _____ <br>    Contact name _____ <br>    Phone _____ | |

**Statistical and administrative information**

| | | |
|---|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:* <br> ☐ Funds will be available for distribution to unsecured creditors. <br> ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99  ☐ 100-199  ☐ 200-999 | ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 10,001-25,000 | ☐ 25,001-50,000  ☐ 50,000-100,000  ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000 <br> ☐ $50,001-$100,000 <br> ☑ $100,001-$500,000 <br> ☐ $500,001-$1 million | ☐ $1,000,001-$10 million <br> ☐ $10,000,001-$50 million <br> ☐ $50,000,001-$100 million <br> ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☐ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion |

Debtor **Edge Promo Team, LLC**    Case number *(if known)* _____
    Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **08/13/2025**
               MM/ DD/ YYYY

X  **/s/ Ted Ormsby**                                   **Ted Ormsby**
Signature of authorized representative of debtor        Printed name

Title  **Member**

**18. Signature of attorney**

X  **/s/ William P. Janvier**     Date  **08/13/2025**
Signature of attorney for debtor                 MM/ DD/ YYYY

**William P. Janvier**
Printed name

**Stevens Martin Vaughn & Tadych, PLLC**
Firm name

**2225 W Millbrook Road**
Number     Street

**Raleigh**                                **NC**       **27612**
City                                       State       ZIP Code

**(919) 582-2300**                         **wjanvier@smvt.com**
Contact phone                              Email address

**21136**                                  **NC**
Bar number                                 State

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page **4**

Fill in this information to identify the case:

Debtor name __**Edge Promo Team, LLC**__

United States Bankruptcy Court for the:
__**Eastern District of North Carolina**__

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**08/13/2025**__
MM/ DD/ YYYY

X __**/s/ Ted Ormsby**__
Signature of individual signing on behalf of debtor

__**Ted Ormsby**__
Printed name

__**Member**__
Position or relationship to debtor

Official Form B202         Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

Debtor name: **Edge Promo Team, LLC**

United States Bankruptcy Court for the: **Eastern District of North Carolina**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | UPS<br>Attn: Managing Agent<br>325 East Fullerton Ave.<br>Carol Stream, IL 60188 | | | | | | $700,000.00 |
| 2 | Capital Domain<br>Attn: Managing Agent<br>300 Tice Blvd.<br>Woodcliff Lake, NJ 07677 | | | Disputed | | | $100,000.00 |
| 3 | Spring Funding<br>Attn: Managing Agent<br>2365 Nostrand Ave<br>Brooklyn, NY 11210 | | | Disputed | | | $100,000.00 |
| 4 | Carolina Made<br>Attn: Managing Agent<br>400 Indian Trail Rd. North<br>Indian Trail, NC 28079 | | | | | | $90,000.00 |
| 5 | Chase Bank<br>Attn: Managing Agent<br>PO Box 1423<br>Charlotte, NC 28201 | | | | | | $75,000.00 |
| 6 | Funding Futures LLC<br>Attn: Managing Agent<br>100 Merrick Rd. Ste. 419e<br>Rockville Centre, NY 11570 | | | Disputed | | | $72,000.00 |
| 7 | Firstline Advance LLC<br>Attn: Managing Agent<br>99 Wall St. Ste. 2615<br>New York, NY 10005 | | | Disputed | | | $58,000.00 |
| 8 | Sanmar<br>Attn: Managing Agent<br>PO Box 643693<br>Cincinnati, OH 45264 | | | | | | $50,000.00 |

Official Form 204                Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims                page 1

Debtor  **Edge Promo Team, LLC**                            Case number *(if known)* _____
       Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | EN OD Capital<br>Attn: Managing Agent<br>1202 Avenue U Ste 1115<br>Brooklyn, NY 11229 | | | Disputed | | | $45,000.00 |
| 10 | S&S Active Wear<br>Attn: Managing Agent<br>4808 Radford Ave. Ste. 100<br>Richmond, VA 23230 | | | | | | $45,000.00 |
| 11 | Elan Financial Services<br>Attn: Managing Agent<br>PO Box 108<br>Saint Louis, MO 63166-0108 | | | | | | $42,448.18 |
| 12 | E Advance Services LLC<br>Attn: Managing Agent<br>370 Lexington Ave Suite 801<br>New York, NY 10017 | | | Disputed | | | $40,000.00 |
| 13 | Shopify Capital<br>Attn: Managing Agent<br>33 Montgomery St. Ste. 750<br>San Francisco, CA 94105 | | | Disputed | | | $40,000.00 |
| 14 | Capital One<br>Attn: Managing Agent<br>PO Box 71087<br>Charlotte, NC 28272-1087 | | Credit card | | | | $36,000.00 |
| 15 | Finpoint Funding<br>Attn: Managing Agent<br>226 W 37th<br>New York, NY 10018 | | | Disputed | | | $30,631.98 |
| 16 | JDS Industries<br>Attn: Managing Agent<br>1800 E 57th St N<br>Sioux Falls, SD 57104 | | | | | | $30,000.00 |
| 17 | Greensberg Gibson Properties<br>Attn: Managing Agent<br>706 Giddings Ave<br>Annapolis, MD 21401 | | | | | | $26,000.00 |
| 18 | PNC Bank<br>Attn: Managing Agent<br>PO Box 71335<br>Philadelphia, PA 19176-1335 | | Credit card | | | | $26,000.00 |
| 19 | Atlantic Coast Cotton<br>Attn: Managing Agent<br>14251 John Marshall Highway<br>Gainesville, VA 20155 | | | | | | $25,000.00 |
| 20 | Morrisette Packaging<br>Attn: Managing Agent<br>5925 Summit Ave<br>Browns Summit, NC 27214 | | | | | | $25,000.00 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE: **Edge Promo Team, LLC**  CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   **08/13/2025**     Signature   **/s/ Ted Ormsby**
                                       Ted Ormsby, Member

Ace Recovery Group
Attn: Managing Agent
64 Frederick Drive
Guelph, ON N1L0P3, Canada

American Express
Attn: Managing Agent
PO Box 6031
Carol Stream, IL 60197

Atlantic Coast Cotton
Attn: Managing Agent
14251 John Marshall Highway
Gainesville, VA 20155

Beacon Funding Corporation
Attn: Managing Agent
3400 Dundee Rd.
Northbrook, IL 60062

Beverly Bank & Trust
Company, N.A.
Attn: Managing Agent
2050 Main St. Ste. 230
Irvine, CA 92614

Biehl & Biehl Inc
Attn: Managing Agent
325 East Fullerton Ave
Carol Stream, IL 60188

Capital Domain
Attn: Managing Agent
300 Tice Blvd.
Woodcliff Lake, NJ 07677

Capital One
Attn: Managing Agent
PO Box 71087
Charlotte, NC 28272-1087

Carolina Made  
Attn: Managing Agent  
400 Indian Trail Rd. North  
Indian Trail, NC 28079

Chase Bank  
Attn: Managing Agent  
PO Box 1423  
Charlotte, NC 28201

Corporation Service Company, as rep  
Attn: Managing Agent  
PO Box Box 2576  
Springfield, IL 62708

CT Corporation System, as Rep  
Attn: SPRS/MangingAgent  
330 N. Brand Blvd Ste 700  
Glendale, CA 91203

DHL  
Attn: Managing Agent  
PO Box 186  
Metairie, LA 70004

E Advance Services LLC  
Attn: Managing Agent  
370 Lexington Ave Suite 801  
New York, NY 10017

Elan Financial Services  
Attn: Managing Agent  
PO Box 108  
Saint Louis, MO 63166-0108

EN OD Capital  
Attn: Managing Agent  
1202 Avenue U Ste 1115  
Brooklyn, NY 11229

Finpoint Funding
Attn: Managing Agent
226 W 37th
New York, NY 10018

Firstline Advance LLC
Attn: Managing Agent
99 Wall St. Ste. 2615
New York, NY 10005

Funding Futures LLC
Attn: Managing Agent
100 Merrick Rd. Ste. 419e
Rockville Centre, NY 11570

Funding Metrics, LLC (Lendi)
Attn: Managing Agent
3220 Tillman Drive Suite 200
Bensalem, PA 19020

Garner Property QOZB LLC
c/o Greenberg Gibbons Commercial Corporation
Attn: Managing Agent
3904 Boston St. Ste. 402
Baltimore, MD 21224

Greenberg, Grant & Richards, Inc.
Attn: Managing Agent
5858 Westeimer Rd 5th Floor
Houston, TX 77057

Greensberg Gibson Properties
Attn: Managing Agent
706 Giddings Ave
Annapolis, MD 21401

Hanmi Bank
Attn: Managing Agent
2010 Main Street Ste. 590
Irvine, CA 92614

Internal Revenue Service
Attn: Managing Agent
PO Box Box 7346
Philadelphia, PA 19101-7346

JDS Industries
Attn: Managing Agent
1800 E 57th St N
Sioux Falls, SD 57104

JNG Capital LLC
Attn: Managing Agent
162 Elmora Ave. #221
Elizabeth, NJ 07202

Lat Apparel
Attn: Managing Agent
3444 N country Club Rd Ste. 200
Tucson, AZ 85716

Morrisette Packaging
Attn: Managing Agent
5925 Summit Ave
Browns Summit, NC 27214

NC Dept. of Revenue
Attn: Managing Agent
PO Box 1168
Raleigh, NC 27602-1168

PNC Bank
Attn: Managing Agent
PO Box 71335
Philadelphia, PA 19176-1335

Quickbooks
Attn: Managing Agent
5858 Westeimer Rd 5th Floor
Houston, TX 77057

Rapid Finance  
Attn: Managing Agent  
4500 East West Hwy. 6th Floor  
Bethesda, MD 20814  

S&S Active Wear  
Attn: Managing Agent  
4808 Radford Ave. Ste. 100  
Richmond, VA 23230  

Sanmar  
Attn: Managing Agent  
PO Box 643693  
Cincinnati, OH 45264  

Shopify Capital  
Attn: Managing Agent  
33 Montgomery St. Ste. 750  
San Francisco, CA 94105  

Shopify Capital  
Attn: Managing Agent  
100 Shockoe Slip 2nd Floor  
Richmond, VA 23219  

Spring Funding  
Attn: Managing Agent  
2365 Nostrand Ave  
Brooklyn, NY 11210  

Targeted Lease Capital, LLC  
Attn: Managing Agent  
5500 Main Street Ste. 300  
Buffalo, NY 14221  

Uline  
Attn: Managing Agent  
PO Box 88741  
Chicago, IL 60680-1741

UniFi Equipment Finance, Inc.
Attn: Managing Agent
801 W. Ellsworth Rd. Second Fl
Ann Arbor, MI 48108

UPS
Attn: Managing Agent
325 East Fullerton Ave.
Carol Stream, IL 60188

US Bank
Attn: Managing Agent
PO Box 790408
Saint Louis, MO 63179-0408

US Bank Equipment Finance
Attn: Managing Agent
1310 Madrid Street
Marshall, MN 56258

VSTATE FILINGS AS THE REPRESENTATIVE
Attn: Managing Agent
301 Mill Road Ste. U-5
Hewlett, NY 11557

Web Bank
Attn: Managing Agent
PO Box 757
Portsmouth, NH 03802

WebBank
Attn: Managing Agent
215 South State Street Ste. 1000
Salt Lake City, UT 84111

WWEX
Attn: Managing Agent
2700 Commerce Street 15th Floor
Dallas, TX 75226

# United States Bankruptcy Court
## Eastern District of North Carolina

In re **Edge Promo Team, LLC**

Debtor(s)

Case No. _____

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Edge Promo Team, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

**08/13/2025**
Date

**/s/ William P. Janvier**
Signature of Attorney or Litigant
**William P. Janvier**
Counsel for **Edge Promo Team, LLC**
**Bar Number: 21136**
**Stevens Martin Vaughn & Tadych, PLLC**
**2225 W Millbrook Road**
**Raleigh, NC 27612**
**Phone: (919) 582-2300**
**Email: wjanvier@smvt.com**

1